**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: FRIDAY, SONYA K                          § Case No. 11-80608
                                                §
                                                §
                                                §
Debtor(s)                                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $150,800.00                    Assets Exempt: $22,900.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,239.33       Claims Discharged
                                                 Without Payment: $26,629.56

Total Expenses of Administration: $2,348.67

---

    3) Total gross receipts of $ 6,588.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,588.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $122,386.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,348.67 | 2,348.67 | 2,348.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 32,838.37 | 30,769.73 | 28,715.18 | 4,239.33 |
| **TOTAL DISBURSEMENTS** | $155,224.37 | $33,118.40 | $31,063.85 | $6,588.00 |

4) This case was originally filed under Chapter 7 on February 17, 2011. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/26/2012     By: /s/JAMES E. STEVENS
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 Income Tax Refund | 1224-000 | 6,588.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,588.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | BAC HOME LOANS SERVICING | 4110-000 | 122,386.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$122,386.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,408.80 | 1,408.80 | 1,408.80 |
| James E. Stevens | 3110-000 | N/A | 878.50 | 878.50 | 878.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 11.37 | 11.37 | 11.37 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $2,348.67 | $2,348.67 | $2,348.67 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 20,976.12 | 20,976.12 | 20,976.12 | 3,096.78 |
| 2 | GE Money Bank | 7100-000 | 876.73 | 892.26 | 892.26 | 131.73 |
| 3 | FIA Card Services, NA/Bank of America | 7100-000 | 6,846.80 | 6,846.80 | 6,846.80 | 1,010.82 |
| 4 | TARGET NATIONAL BANK | 7100-000 | 1,985.01 | 2,054.55 | 0.00 | 0.00 |
| NOTFILED | KOHL'S | 7100-000 | 2,153.71 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $32,838.37 | $30,769.73 | $28,715.18 | $4,239.33 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-80608  
**Case Name:** FRIDAY, SONYA K  

**Period Ending:** 09/26/12

**Trustee:** (330420)   JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/17/11 (f)  
**§341(a) Meeting Date:** 03/24/11  
**Claims Bar Date:** 07/05/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   Real estate located at: 6031 Windsor Road, Loves<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 140,000.00 | 2,614.00 | DA | 0.00 | FA |
| 2   Blackhawk State Bank/ checking<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 300.00 | DA | 0.00 | FA |
| 3   Blackhawk State Bank/ savings<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 500.00 | DA | 0.00 | FA |
| 4   Misc. household goods and furnishings<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 5   Clothing and personal items<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6   Interest in OSF St. Anthony 401K Plan<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 7   2003 Ford Explorer<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 6,000.00 | 2,100.00 | DA | 0.00 | FA |
| 8   2010 Income Tax Refund  (u) | Unknown | 6,588.00 | | 6,588.00 | FA |
| 8   Assets   Totals (Excluding unknown values) | $150,800.00 | $12,102.00 | | $6,588.00 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013    **Current Projected Date Of Final Report (TFR):**   July 19, 2012  (Actual)

Printed: 09/26/2012 09:25 AM     V.13.03

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case Number:** 11-80608 | **Trustee:** | JAMES E. STEVENS (330420) |
| **Case Name:** FRIDAY, SONYA K | **Bank Name:** | The Bank of New York Mellon |
| | **Account:** | 9200-******11-66 - Checking Account |
| **Taxpayer ID #:** **-***7975 | **Blanket Bond:** | $178,000.00  (per case limit) |
| **Period Ending:** 09/26/12 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/14/11 | {8} | Sonya K. Friday | payment on 2010 income tax refund | 1224-000 | 100.00 | | 100.00 |
| 10/12/11 | {8} | Sonya K. Friday | payment on tax return | 1224-000 | 100.00 | | 200.00 |
| 11/15/11 | {8} | Sonya K. Friday | payment on income tax refund | 1224-000 | 100.00 | | 300.00 |
| 12/15/11 | {8} | Sonya K. Friday | payment per Order (tax refund) | 1224-000 | 100.00 | | 400.00 |
| 01/18/12 | {8} | Sonya K. Friday | payment on income tax refund | 1224-000 | 100.00 | | 500.00 |
| 02/14/12 | {8} | Sonya K. Friday | income tax refund payment | 1224-000 | 100.00 | | 600.00 |
| 03/15/12 | {8} | Sonya K. Friday | payment per Order income tax refund (201) repayment | 1224-000 | 100.00 | | 700.00 |
| 04/12/12 | {8} | Sonya K. Friday | payment on tax refund | 1224-000 | 100.00 | | 800.00 |
| 05/21/12 | {8} | Sonya K. Friday | pymt in full | 1224-000 | 5,788.00 | | 6,588.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,563.00 |
| 06/04/12 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #11-80608, Blanket Bond #016018067 | 2300-000 | | 11.37 | 6,551.63 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,526.63 |
| 08/22/12 | 102 | James E. Stevens | Dividend paid 100.00% on $878.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 878.50 | 5,648.13 |
| 08/22/12 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $1,408.80, Trustee Compensation;  Reference: | 2100-000 | | 1,408.80 | 4,239.33 |
| 08/22/12 | 104 | Chase Bank USA, N.A. | Dividend paid  14.76% on $20,976.12; Claim# 1; Filed: $20,976.12; Reference: | 7100-000 | | 3,096.78 | 1,142.55 |
| 08/22/12 | 105 | GE Money Bank | Dividend paid  14.76% on $892.26; Claim# 2; Filed: $892.26; Reference: | 7100-000 | | 131.73 | 1,010.82 |
| 08/22/12 | 106 | FIA Card Services, NA/Bank of America | Dividend paid  14.76% on $6,846.80; Claim# 3; Filed: $6,846.80; Reference: | 7100-000 | | 1,010.82 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,588.00 | 6,588.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,588.00 | 6,588.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,588.00** | **$6,588.00** | |

{} Asset reference(s)

Printed: 09/26/2012 09:25 AM    V.13.03

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-80608  
**Case Name:** FRIDAY, SONYA K

**Taxpayer ID #:** **-***7975  
**Period Ending:** 09/26/12

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******11-66 - Checking Account  
**Blanket Bond:** $178,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******11-66** | 6,588.00 | 6,588.00 | 0.00 |
| | $6,588.00 | $6,588.00 | $0.00 |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 09/26/2012 09:25 AM    V.13.03